AO 91 (Rev 8/01)    Criminal Complaint

# United States District Court

__SOUTHERN__ DISTRICT OF __TEXAS__
McALLEN DIVISION

| UNITED STATES OF AMERICA | United States Courts | **CRIMINAL COMPLAINT** |
|---|---|---|
| V. | Southern District of Texas | |
| **Alma Yaneth Garza-Hernandez**  PRINCIPAL | Mexico   FILED | Case Number: |
| | *February 15, 2022* | M-22-0328-M |
| YOB: 1996 | Nathan Ochsner, Clerk of Court | |

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __February 14, 2022__ in __Hidalgo__ County, in the __Southern__ District of __Texas__ defendants(s) did, *(Track Statutory Language of Offense)*

**knowing or in reckless disregard of the fact Guillermo Lissandro Guerrero-Hernandez, a citizen and national of El Salvador, and Luis Fernando Garcia-Arciniegas, a citizen and national of Colombia, along with four (4) other undocumented aliens, for a total of six (6), who had entered the United States in violation of law, did knowingly transport, or move or attempted to transport said aliens in futherance of such violation of law within the United States, that is, from a location near McAllen, Texas to the point of arrest near McAllen, Texas,**

in violation of Title __8__ United States Code, Section(s) __1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(I)  FELONY__

I further state that I am a(n) __U.S. Border Patrol Agent__ and that this complaint is based on the following facts:

On February 14, 2022, at approximately 2:40 p.m., Border Patrol Agents were conducting patrol duties in McAllen, Texas and apprehended seventeen (17) illegal aliens. During the apprehension, five (5) to six (6) other subjects fled the area and ran into nearby orange groves. While searching the area, an Agent observed a female, later identified as Alma Yaneth Garza-Hernandez, hiding up on a tree. The Agent assisted Garza-Hernandez in getting down from the tree and questioned her as to her citizenship. Garza-Hernandez indicated she was born in Mexico and claimed to have a tourist visa but not in her possession. Garza-Hernandez further stated she was working harvesting oranges and had left to use the bathroom. Garza-Hernandez was asked to point in the direction where she was working and pointed away from where the field workers were.

**SEE ATTACHED**

Continued on the attached sheet and made a part of this complaint:   [X] Yes   [ ] No

**Complaint authorized by AUSA Colton Turner**

**Submitted by reliable electronic means, sworn to and attested telephonically per Fed. R. Cr.P.4.1, and probable cause found on:**

Sworn to before me and subscribed in my presence,

February 15, 2022   2:00 p.m.
Date

Nadia S. Medrano                , U. S. Magistrate Judge
Name and Title of Judicial Officer

/S/ Cynthia J. Garcia
Signature of Complainant

Cynthia J. Garcia       Border Patrol Agent
Printed Name of Complainant

at   McAllen, Texas
City and State

Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN, TEXAS

### ATTACHMENT TO CRIMINAL COMPLAINT:

M-22-0328 -M

**RE:** Alma Yaneth Garza-Hernandez

Agents proceeded to escort Garza-Hernandez out of the orchards at which time she pointed to a vehicle and stated it was hers. Agents then observed one subject open the back door, immediately exit, and attempt to flee. The subject was apprehended shortly thereafter and determined to be illegally present in the United States. Agents then found a total of five (5) subjects hiding inside the same vehicle. All five subjects were interviewed and determined to be illegally present in the U.S.

Suspecting an alien smuggling attempt was taking place, agents contacted the foreman for information. The foreman stated that Garza-Hernandez was not one of the workers and the vehicle was not recognizable. Based on the information, Garza-Hernandez and the six subjects were taken into custody and transported to the McAllen Border Patrol for further interviews and case preparation.

**PRINCIPAL STATEMENT: Alma Yaneth Garza-Hernandez**

Alma Yaneth Garza-Hernandez, a citizen and national of Mexico, was read her Miranda rights in the Spanish language. Garza-Hernandez understood her rights and agreed to provide a sworn statement.

Garza-Hernandez claims she was working in the agricultural fields in McAllen, Texas at the time of her arrest. Garza-Hernandez stated she left her work area to use the bathroom and got lost on her way back. Garza-Hernandez said on her way back, Border Patrol was chasing people and she hid because she got scared.

**MATERIAL WITNESS STATEMENT: Guillermo Lissandro Guerrero-Hernandez**

Guillermo Lissandro Guerrero-Hernandez, a citizen and national of El Salvador, was read his Miranda rights in the Spanish language. Guerrero understood his rights and agreed to provide a sworn statement.

Guerrero stated he did not pay anyone to cross the river and he intended to live in Los Angeles. Guerrero stated he swam across the river along with one other person. Guerrero added he met with other people who had crossed the river and were hiding in the orange groves. Guerrero stated a female wearing a blue shirt told them to get into the car. Guerrero added that they he got in the car because they were going to take them to McAllen. Guerrero mentioned that after seeing immigration, he attempted to run away, but was unsuccessful and was apprehended shortly after.

Guerrero positively identified Alma Garza-Hernandez, through a photo lineup, as the female wearing the blue shirt and who told them to get in the car.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
## McALLEN, TEXAS

### ATTACHMENT TO CRIMINAL COMPLAINT:

M-22-0328 -M

RE:   Alma Yaneth Garza-Hernandez

**MATERIAL WITNESS STATEMENT: Luis Fernando Garcia-Arciniegas**

Luis Fernando Garcia-Arciniegas, a citizen and national of Colombia, was read his Miranda rights in the Spanish language. Garcia understood his rights and agreed to provide a sworn statement.

Garcia stated he paid $1,000 USD to be smuggled into the United States. Garcia claims he waded across the Rio Grande River with approximately twenty (20) other people and were soon separated. Garcia said after crossing the river, he entered an orange grove and saw a female wearing a blue sweater driving a truck. Garcia told Agents he asked the female if she can help them get into contact with immigration officers. Garcia added the female told them to get into her truck while she called immigration. Garcia said once immigration officers arrived, one person in the truck ran and they were all apprehended.